

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00315-CV

| | | |
|---|---|---|
| PATRICK JOHNSON-OLIVER, Appellant | § | On Appeal from the 431st District Court |
| V. | § | of Denton County (22-8790-431) |
| | § | July 3, 2024 |
| LANTANA COMMUNITY ASSOCIATION, INC., Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
    Justice Wade Birdwell